# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ALLEN MANNING,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 80252

**FILED**

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; William D. Kephart,

This court's review of this appeal reveals a jurisdictional defect. It appears that appellant is attempting to appeal from a district court order resolving a postconviction petition for a writ of habeas corpus. However, no decision had been made on the petition when appellant filed the notice of appeal on December 13, 2019. Rather, on November 6, 2019, the district court took the petition off the court's calendar. Thus, this appeal is premature. See NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-04783

cc: Hon. William D. Kephart, District Judge
Michael Allen Manning
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk